# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,     )
                                     )
     Plaintiff,               )
     v.                      )     No. 3:11cr00191
                                     )     Chief Judge Haynes
JOHNNY RAY REEDER,           )
                                     )
     Defendant.         )

## MOTION OF THE UNITED STATES FOR
## ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE

*[handwritten: OKPEN / This motion / is GRANTED / William / [signature] / 11-2-12]*

COMES NOW the United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the issuance of a Preliminary Order of Forfeiture based on the Defendant's conviction as to Count Two of the Superseding Information in the above-styled matter.

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith. Additionally, a proposed Preliminary Order of Forfeiture is attached hereto for the court's convenience.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By:    /s Debra Teufel Phillips
       DEBRA TEUFEL PHILLIPS
       Assistant U.S. Attorney
       110 Ninth Avenue, South, Suite A-961
       Nashville, Tennessee 37203
       Telephone: (615) 736-5151
       Facsimile:  (615) 736-5323

1